UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

JACQUELINE HALL,
on behalf of herself and
all others similarly situated,

        Plaintiff,

        v.

AUTUMN LAKE HEALTHCARE LLC, *et al.*

        Defendants.

Case No. 21-cv-1108

---

**ORDER**

---

Based on the parties' submissions in support of their Joint Motion for Final Settlement Approval, Plaintiff's Unopposed Motion for Approval of Service Award, and Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Costs, as well as the record as a whole,

IT IS ORDERED THAT:

1. The Wisconsin Wage Payment and Collection Law ("WWPCL") Class pursuant to FED. R. CIV. P. 23 and the FLSA Collective that submitted a Consent to Join Form pursuant to 29 U.S.C. § 216(b) are certified;

2. The Settlement Agreement and Release ("Agreement") (ECF No. 44-1) is approved as a fair, reasonable, and adequate resolution of a *bona fide* wage dispute as it applies to the WWPCL Class and the FLSA Collective Members;

3. Plaintiff Jacqueline Hall ("Plaintiff") is approved as Class Representative for the WWPCL Class and the FLSA Collective Members;

4. Walcheske & Luzi, LLC, is appointed as counsel for the WWPCL Class and the FLSA Collective Members;

5. The Agreement is binding on the Parties;

6. The WWPCL Class and the FLSA Collective Members' released claims (as defined in the Agreement) are dismissed *with prejudice;*

7. The settlement payments to the WWPCL Class and the FLSA Collective Members (as described in the Agreement) are approved;

8. Defendants' counsel shall fund the settlement within thirty (30) calendar days of this order;

9. The Settlement Administrator, Rust Consulting, Inc., shall send the settlement checks to the WWPCL Class and the FLSA Collective Members via U.S. Mail;

10. The WWPCL Class and the FLSA Collective Members shall have one hundred and twenty (120) calendar days from the date of mailing to cash their individual settlement checks; otherwise the individual settlement checks and amounts will revert to and be retained by Defendants;

11. Plaintiff's unopposed request for approval of her attorneys' fees and case-related costs, which the parties have stipulated and agreed are reasonable, is granted;

12. Plaintiff's unopposed request for approval of her service award, which the parties have stipulated and agreed is reasonable, is granted; and

13. The WWPCL claims of those Settlement Class Members who timely sought exclusion from the WWPCL Class, if any, and/or as agreed to between the parties, are dismissed *without prejudice.*

Entered this 19th day of December, 2024.

BY THE COURT:

_____

Hon. Stephen C. Dries
United States Magistrate Judge

2